FILED
2005 Sep-19 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ARTHUR JAMES LONG,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.  CV 05-S-661-E |
| | ) |
| **DONAL CAMPBELL, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM OF OPINION**

On June 21, 2005, the magistrate judge filed a report and recommendation in this 42 U.S.C. § 1983 action.  In the report, the magistrate judge recommended plaintiff's Eighth Amendment failure to protect claims against defendants Campbell, Robinson and Collins be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). The magistrate judge further recommended plaintiff's Eighth Amendment failure to protect claim against defendant Wallace be referred to the magistrate judge for further proceedings.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, plaintiff's Eighth Amendment failure to protect claims against defendants Campbell,  Robinson and Collins are due to be

DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), and plaintiff's Eighth Amendment failure to protect claim against defendant Wallace is due to be REFERRED to the magistrate judge for further proceedings.

An appropriate order will be entered.

DATED this 19th day of September, 2005.

_____
United States District Judge