UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ARTHUR JAMES LONG,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. CV 05-S-661-E |
| | ) |
| **DONAL CAMPBELL, et. al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING FEWER THAN ALL CLAIMS**

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action — with the sole exception of plaintiff's Eighth Amendment failure to protect claim against defendant Wallace — are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that plaintiff's Eighth Amendment failure to protect claim against defendant Wallace is REFERRED to the magistrate judge for further proceedings.

DATED this 19th day of September, 2005.

_____
United States District Judge