FILED
2008 Feb-28 AM 09:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ARTHUR JAMES LONG,** )<br>)<br>  **Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**PATRICK ROBINSON, et al.,** )<br>)<br>  **Defendants.** ) | Civil Action No.  CV 05-S-661-NE |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on February 8, 2008, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motions for summary judgment are due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

DONE this 28th day of February, 2008.

                                                            _____
                                                            United States District Judge